NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN MICHAEL CHIPMAN,                    )
                                          )
            Appellant,                    )
                                          )
v.                                        )     Case No. 2D18-1000
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____    )

Opinion filed April 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Kimberly Campbell, Judge.

Brian Michael Chipman, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and LUCAS and ATKINSON, JJ., Concur.